# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| CAROLYN FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-02410-SHL-cgc |
| | ) | |
| ACE CASH EXPRESS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ACE CASH EXPRESS, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRENT TUCKER, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, Plaintiff Carolyn Franklin and Defendant ACE Cash Express, Inc. notify the Court that they have reached a resolution of Plaintiff's claims against Defendant. The parties expect to file a stipulation of dismissal within thirty days of entry of this Notice of Settlement.

Respectfully submitted,

*s/ Audrey M. Calkins*
Audrey M. Calkins
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160

        audrey.calkins@odnss.com

        *s/ Daniel McKenna*
        Daniel JT McKenna (*pro hac vice*)
        BALLARD SPAHR, LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103
        T: 215.665.8500
        mckennad@ballardspahr.com

        **COUNSEL FOR DEFENDANT**
        **ACE CASH EXPRESS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system.

        Amy Lynn Bennecoff Ginsburg
        Joseph Hoeffel
        Kimmel & Silverman, PC
        30 East Butler Pike
        Ambler, PA 19002

        *s/ Audrey M. Calkins*