IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CAROLYN FRANKLIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:16-cv-02410-SHL-cgc |
| ACE CASH EXPRESS, INC., | ) |
| Defendant. | ) |
| ACE CASH EXPRESS, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| TRENT TUCKER, | ) |
| Third-Party Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carolyn Franklin and Defendant ACE Cash Express, Inc. notify the Court that they have reached a compromise regarding Plaintiff's claims as reflected in their Notice of Settlement. Accordingly, the parties request that the Court dismiss this case with prejudice pursuant to the proposed Order of Dismissal With Prejudice submitted contemporaneously with this Stipulation of Dismissal. The parties will bear their own fees and costs.

Respectfully submitted,

*s/ Joseph C. Hoeffel* (with permission)   *s/ Audrey M. Calkins*
Joseph C. Hoeffel                          Audrey M. Calkins

| | |
|---|---|
| KIMMEL & SILVERMAN P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>215-540-8888<br>Email: jhoeffel@creditlaw.com<br>PRO HAC VICE<br>ATTORNEY TO BE NOTICED<br><br>**Counsel for Plaintiff**<br>**CAROLYN FRANKLIN** | OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>International Place, Tower II<br>6410 Poplar Avenue, Suite 300<br>Memphis, TN 38119<br>(901) 767-6160<br>audrey.calkins@odnss.com<br><br>*s/ Daniel McKenna*<br>Daniel JT McKenna (*pro hac vice*)<br>BALLARD SPAHR, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>T: 215.665.8500<br>mckennad@ballardspahr.com<br><br>**Counsel for Defendant**<br>**ACE CASH EXPRESS, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system.

> Amy Lynn Bennecoff Ginsburg
> Joseph Hoeffel
> Kimmel & Silverman, PC
> 30 East Butler Pike
> Ambler, PA 19002
>
> *s/ Audrey M. Calkins*