# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **CAROLYN FRANKLIN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No. 2:16-cv-02410-SHL-cgc |
| ) | |
| **ACE CASH EXPRESS, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |
| **ACE CASH EXPRESS, INC.,** ) | |
| ) | |
|     **Third-Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **TRENT TUCKER,** ) | |
| ) | |
|     **Third-Party Defendant.** ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal filed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff Carolyn Franklin against Defendant ACE Cash Express, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 28th day of March, 2017.

                                                            s/ Sheryl H. Lipman
                                                            SHERYL H. LIPMAN
                                                            UNITED STATES DISTRICT JUDGE