IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CAROLYN FRANKLIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-cv-02410-SHL-cgc |
| ) | |
| **ACE CASH EXPRESS, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| **ACE CASH EXPRESS, INC.,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **TRENT TUCKER,** ) | |
| ) | |
| Third-Party Defendant. ) | |

**JUDGMENT**

This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 10, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal With Prejudice (ECF No. 41) filed March 27, 2017, the Order of Dismissal With Prejudice (ECF No. 45) entered March 28, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby **DISMISSED WITH  PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

March 28, 2017
Date